| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Squatrito, Dominic J. | 2. Court or Organization<br><br>US District Court Hartford, CT | 3. Date of Report<br><br>05/15/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Distr. Judge-Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>US District Court<br>450 Main Street<br>Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. 2010 | | [redacted] - wages and pass through |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. People's United Bank & Connecticut Development Authority | Construction mortgage, equipment and revolving credit for ▓▓▓▓▓ | P2 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Fidelity Contra Fund-mutual fund | A | Dividend | | | Sold | 01/04/10 | J | | |
| 2. Bank of America - checking account | A | Interest | L | T | | | | | |
| 3. Bank of America - certificate of deposit | B | Interest | | | Closed | 01/01/10 | J | | |
| 4. ▓▓▓▓ - common stock | G | Int./Div. | P1 | U | | | | | |
| 5. Land, Windham, CT | | None | K | W | | | | | |
| 6. Cossombrato, Italy - real estate | | None | M | W | | | | | |
| 7. Rental Property, South Kingston, RI | A | Rent | O | S | | | | | |
| 8. ▓▓▓ South Windsor, CT | F | Rent | P2 | W | | | | | |
| 9. Federated Capital Reserves | C | Dividend | M | T | | | | | |
| 10. Pfizer, Inc. - common stock | A | Dividend | J | T | | | | | |
| 11. Sysco Corp - common stock | A | Dividend | J | T | | | | | |
| 12. World Com, Inc. - common stock | | None | | | Sold | 01/01/10 | J | | |
| 13. Oppenheimer Senior Floating Rate Fund | A | Dividend | J | T | Sold (part) | 05/03/10 | L | | |
| 14. Oppenheimer Rochester Muni | A | Dividend | L | T | | | | | |
| 15. Pimco All Asset Fund | D | Dividend | M | T | Sold (part) | 03/19/10 | K | | |
| 16. | | | | | Sold (part) | 03/25/10 | K | | |
| 17. | | | | | Sold (part) | 12/29/10 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Pioneer Global High Yield Fund | D | Dividend | | | Sold (part) | 02/26/10 | K | | |
| 19. | | | | | Sold (part) | 03/02/10 | K | | |
| 20. | | | | | Sold (part) | 12/16/10 | J | | |
| 21. Thornburg Investment Income Builder Fund | B | Dividend | | | Sold (part) | 02/26/10 | K | | |
| 22. | | | | | Sold (part) | 12/16/10 | J | | |
| 23. Thornburg Value Fund A | A | Dividend | | | Sold | 12/16/10 | K | | |
| 24. Manulife (John Hancock) Lifestyle Conserve Fund (401k) | | None | L | T | | | | | |
| 25. Oppenheimer Strategic Income Fund | A | Dividend | | | Sold | 12/16/10 | K | | |
| 26. Oppenheimer International Bond Class A | A | Dividend | | | Sold | 12/20/10 | K | | |
| 27. Principal Sam Balanced Portfolio Fund Class C | A | Dividend | | | Sold (part) | 02/26/10 | K | | |
| 28. | | | | | Sold (part) | 12/13/10 | J | | |
| 29. Thornburg International Value Class A Foreign | A | Dividend | | | Sold | 03/19/10 | K | | |
| 30. T Rowe Price Dividend Growth Fund | A | Dividend | | | Sold | 12/16/10 | K | | |
| 31. Dodge & Cox International Stock Fund | A | Dividend | L | T | Buy | 12/29/10 | K | | |
| 32. FPL Group Inc. | A | Dividend | J | T | Redeemed | 06/03/10 | J | | |
| 33. PIMCO Investment GRD Corp-A | B | Dividend | | | Sold | 12/20/10 | K | | |
| 34. PIMCO Unconstrained Bond A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Praxair Inc. Com | A | Dividend | J | T | | | | | |
| 36. Vanguard High-Yield Corporate Fund | B | Dividend | K | T | Buy | 12/21/10 | K | | |
| 37. NewAlliance Bank Taxable Deposit | A | Interest | L | T | | | | | |
| 38. Vacation Property, South Kingston, RI | | None | O | S | | | | | |
| 39. Coventry, CT Real Estate | | None | J | W | | | | | |
| 40. MFS Muni Limited Maturity A | D | None | | | Sold | 12/16/10 | N | | |
| 41. Apache Corp | A | None | J | T | | | | | |
| 42. Noble Corp | A | None | J | T | Buy | 06/30/10 | J | | |
| 43. Weatherford Int'l. Ltd | | None | J | T | | | | | |
| 44. JP Morgan Chase & Co | A | None | J | T | Buy | 12/20/10 | J | | |
| 45. Autodesk Inc. | | None | J | T | Buy | 12/20/10 | J | | |
| 46. Int'l. Business Machines Corp | A | None | J | T | | | | | |
| 47. Ecolab Inc. | A | None | J | T | Buy | 02/19/10 | L | | |
| 48. | | | | | Sold (part) | 05/03/10 | L | | |
| 49. Oppenheimer Ltd. Trm Muni A | D | None | | | Sold (part) | 12/13/10 | K | | |
| 50. | | | | | Sold (part) | 12/16/10 | L | | |
| 51. Fidelity CT Municipal Income Fund | C | None | M | T | Buy | 02/26/10 | K | | |

1. Income Gain Codes:     A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)           U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy | 09/16/10 | L | | |
| 53. | | | | | Buy | 12/20/10 | K | | |
| 54. Staples, Inc. | A | None | J | T | Buy | 01/26/10 | J | | |
| 55. | | | | | Buy | 05/28/10 | J | | |
| 56. Abbott Labs | A | None | J | T | Buy | 06/30/10 | J | | |
| 57. | | | | | Buy | 12/31/10 | J | | |
| 58. TEVA Pharmaceutical Inds Ltd ADR | A | None | K | T | Buy | 06/30/10 | J | | |
| 59. | | | | | Buy | 12/20/10 | J | | |
| 60. | | | | | Buy | 12/31/10 | J | | |
| 61. Danaher Corp | A | None | J | T | Buy | 12/31/10 | J | | |
| 62. United Technologies Corp | A | None | K | T | Sold (part) | 12/20/10 | J | | |
| 63. Cisco Systems Inc. | | None | J | T | Buy | 06/30/10 | J | | |
| 64. Research In Motion Limited | | None | J | T | | | | | |
| 65. Freeprtmemoran Copperand Gold, Inc. | A | None | J | T | Buy | 01/26/10 | J | | |
| 66. Telefonica SA ADR | A | None | J | T | | | | | |
| 67. Regional Sch Dis CT 1.900% 7/08/10 | A | None | | | Sold | 07/08/10 | K | | |
| 68. Plymouth, CT 2.000% 5/15/12 | A | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Griswold, CT 3.125% 9/15/14 | A | None | K | T | | | | | |
| 70. Connecticut, St 2.750% 1/01/16 | A | None | K | T | | | | | |
| 71. Portland, CT 3.500% 2/01/17 | A | None | K | T | | | | | |
| 72. Derby, CT 4.250% 9/15/18 | B | None | K | T | | | | | |
| 73. Deulsche CMO | B | None | K | T | | | | | |
| 74. Bank of America Corp | A | Dividend | J | T | Buy | 05/19/10 | J | | |
| 75. Bucyrus International Inc CL A | A | Dividend | | | Buy | 05/28/10 | J | | |
| 76. | | | | | Sold | 12/20/10 | J | | |
| 77. Chevrontexaco Corp | A | Dividend | K | T | Buy | 09/20/10 | K | | |
| 78. Corning Inc COM | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 79. | | | | | Buy | 03/18/10 | J | | |
| 80. Cummings Inc | A | Dividend | J | T | Buy | 03/04/10 | J | | |
| 81. Danaher Corp | A | Dividend | J | T | Buy | 05/28/10 | J | | |
| 82. Dentsply International Inc | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 83. | | | | | Buy | 12/20/10 | J | | |
| 84. DPL Inc COM | B | Dividend | K | T | Buy | 09/20/10 | K | | |
| 85. FLUOR Corp | A | Dividend | J | T | Buy | 03/04/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  IBM Corporation | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 87.  Illinois Tool Works | A | Dividend | J | T | Buy | 06/30/10 | J | | |
| 88. | | | | | Buy | 12/20/10 | J | | |
| 89.  ITC Holdings Corp | A | Dividend | J | T | Buy | 06/30/10 | J | | |
| 90.  MDU RES Group Inc Com | B | Dividend | K | T | Buy | 02/24/10 | K | | |
| 91.  Metlife Inc | A | Dividend | J | T | Buy | 03/04/10 | J | | |
| 92. | | | | | Buy | 12/31/10 | J | | |
| 93.  Morgan Stanley Dean Witter | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 94.  Nordstrom Inc COM | A | Dividend | J | T | Buy | 05/28/10 | J | | |
| 95.  Occidental Pete Corp | A | Dividend | J | T | Buy | 06/30/10 | J | | |
| 96.  Pepsico Inc | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 97. | | | | | Buy | 12/20/10 | J | | |
| 98.  Proctor & Gamble Company | A | Dividend | J | T | Buy | 06/30/10 | J | | |
| 99. | | | | | Buy | 12/20/10 | J | | |
| 100.  Southern Co COM | B | Dividend | K | T | Buy | 09/20/10 | K | | |
| 101.  Target Corp | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 102. | | | | | Buy | 06/30/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 12/31/10 | J | | |
| 104. Wells Fargo & Co New | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 105. | | | | | Buy | 12/20/10 | J | | |
| 106. Fidelity Adv Emerg Market-1 | A | Dividend | K | T | Buy | 12/16/10 | K | | |
| 107. | | | | | Buy | 12/29/10 | J | | |
| 108. Seadrill Limited | B | Dividend | K | T | Buy | 09/20/10 | K | | |
| 109. | | | | | Sold (part) | 12/31/10 | J | | |
| 110. Federated Govt Ultra DUR-IS | A | Dividend | M | T | Buy | 12/20/10 | L | | |
| 111. | | | | | Buy | 05/24/10 | K | | |
| 112. | | | | | Buy | 05/25/10 | K | | |
| 113. | | | | | Buy | 05/26/10 | M | | |
| 114. | | | | | Sold (part) | 07/15/10 | L | | |
| 115. | | | | | Buy | 09/16/10 | K | | |
| 116. | | | | | Sold (part) | 11/01/10 | M | | |
| 117. Federated Ultra Short FD-INS | C | Dividend | M | T | Buy | 05/21/10 | K | | |
| 118. | | | | | Buy | 05/21/10 | K | | |
| 119. | | | | | Buy | 09/16/10 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Monsanto Co New | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 121. | | | | | Sold | 05/19/10 | J | | |
| 122. Vanguard GNMA FD #36 | B | Dividend | L | T | Buy | 02/16/10 | L | | |
| 123. | | | | | Buy | 02/26/10 | K | | |
| 124. | | | | | Sold (part) | 05/21/10 | M | | |
| 125. | | | | | Sold (part) | 05/25/10 | M | | |
| 126. Vanguard GNMA FD #36 | A | Dividend | K | T | Buy | 02/17/10 | K | | |
| 127. Vanguard S/T Investment Grade FD_ADM | D | Dividend | M | T | Buy | 02/16/10 | L | | |
| 128. | | | | | Buy | 02/17/10 | K | | |
| 129. | | | | | Buy | 02/26/10 | K | | |
| 130. Hartford CT 4.250% 8/15/17 | B | None | L | T | Buy | 12/15/10 | L | | |
| 131. Madison CT 3.000% 3/15/20 | A | None | K | T | Buy | 03/31/10 | K | | |
| 132. Newington CT 4.300% 5/15/18 | A | None | K | T | Buy | 03/12/10 | K | | |
| 133. Newtown CT 2.500% 2/15/18 | A | None | K | T | Buy | 02/24/10 | K | | |
| 134. Norwalk CT 4.000% 7/01/21 | B | None | L | T | Buy | 12/20/10 | L | | |
| 135. Gulf Breeze FL V-A 4.500% 12/01/20 | B | None | K | T | Buy | 03/11/10 | K | | |
| 136. EMC Corp Mass | | None | J | T | Buy | 03/18/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. South Cent CT Wtr. 3.500% 8/01/21 | B | None | K | T | Buy | 04/06/10 | K | | |
| 138. Royal Caribbean Cruises Ltd | | None | J | T | Buy | 05/28/10 | J | | |
| 139. | | | | | Buy | 06/30/10 | J | | |
| 140. Apple Inc | | None | K | T | Buy | 06/30/10 | J | | |
| 141. Nextera Energy Inc. | A | Dividend | J | T | Buy | 06/03/10 | J | | |
| 142. T Rowe Price Intl Discovery | A | Dividend | K | T | Buy | 12/16/10 | K | | |
| 143. | | | | | Buy | 12/29/10 | K | | |
| 144. Johnson Controls Inc | | None | J | T | Buy | 12/20/10 | J | | |
| 145. | | | | | Buy | 12/31/10 | J | | |
| 146. Coach Inc | | None | J | T | Buy | 12/20/10 | J | | |
| 147. | | | | | Buy | 12/31/10 | J | | |
| 148. Williams Cos Inc | | None | J | T | Buy | 12/20/10 | J | | |
| 149. Thermo Fisher Scientific Inc | | None | K | T | Buy | 12/20/10 | J | | |
| 150. | | | | | Buy | 12/31/10 | J | | |
| 151. Honeywell International Inc | A | Dividend | J | T | Buy | 12/20/10 | J | | |
| 152. Hewlett Packard Co | | None | J | T | Buy | 12/20/10 | J | | |
| 153. Jacobs Engineering Group Inc | | None | J | T | Buy | 12/20/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date nun/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Adobe Sys Inc | | None | J | T | Buy | 12/20/10 | J | | |
| 155. Air Products & Chemicals Inc | A | None | J | T | Buy | 12/20/10 | J | | |
| 156. Goldman Sachs M/C Value Inst | A | None | K | T | Buy | 12/29/10 | K | | |
| 157. T Rowe Price Mid-Cap Growth Fund | | None | K | T | Buy | 12/29/10 | K | | |
| 158. OMNICOM Group | | None | J | T | Buy | 12/31/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII Investments and Trusts

Item #32 This asset was formerly known as FPL Group Inc. and for 2010 is known as Nextera Energy Inc. see item #141.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Squatrito, Dominic J. | 2. Court or Organization US District Court Hartford, CT | 3. Date of Report 05/15/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Distr. Judge-Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address US District Court 450 Main Street Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Squatrito, Dominic J. A**

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | ▓▓▓▓▓▓▓ - wages and pass through |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | People's United Bank & Connecticut Development Autho ity | Const uction mo tgage, equipment and revolving credit | P2 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Fidelity Contra Fund-mutual fund | A | Dividend | | | Sold | 01/04/10 | J | | |
| 2. Bank of America - checking account | A | Interest | L | T | | | | | |
| 3. Bank of America - certificate of deposit | B | Interest | | | Closed | 01/01/10 | J | | |
| 4. [redacted] - common stock | G | Int./Div. | P1 | U | | | | | |
| 5. Land, Windham, CT | | None | K | W | | | | | |
| 6. Cossombrato, Italy - real estate | | None | M | W | | | | | |
| 7. Rental Property, South Kingston, RI | A | Rent | O | S | | | | | |
| 8. [redacted] | F | Rent | P2 | W | | | | | |
| 9. Federated Capital Reserves | C | Dividend | M | T | | | | | |
| 10. Pfizer, Inc. - common stock | A | Dividend | J | T | | | | | |
| 11. Sysco Corp - common stock | A | Dividend | J | T | | | | | |
| 12. World Com, Inc. - common stock | | None | | | Sold | 01/01/10 | J | | |
| 13. Oppenheimer Senior Floating Rate Fund | A | Dividend | J | T | Sold (part) | 05/03/10 | L | | |
| 14. Oppenheimer Rochester Muni | A | Dividend | L | T | | | | | |
| 15. Pimco All Asset Fund | D | Dividend | M | T | Sold (part) | 03/19/10 | K | | |
| 16. | | | | | Sold (part) | 03/25/10 | K | | |
| 17. | | | | | Sold (part) | 12/29/10 | L | | |

1. Income Gain Codes: (See Columns B1 and D4)
   - A =$1,000 or less
   - B =$1,001 - $2,500
   - C =$2,501 - $5,000
   - D =$5,001 - $15,000
   - E =$15,001 - $50,000
   - F =$50,001 - $100,000
   - G =$100,001 - $1,000,000
   - H1 =$1,000,001 - $5,000,000
   - H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)
   - J =$15,000 or less
   - K =$15,001 - $50,000
   - L =$50,001 - $100,000
   - M =$100,001 - $250,000
   - N =$250,001 - $500,000
   - O =$500,001 - $1,000,000
   - P1 =$1,000,001 - $5,000,000
   - P2 =$5,000,001 - $25,000,000
   - P3 =$25,000,001 - $50,000,000
   - P4 =More than $50,000,000
3. Value Method Codes (See Column C2)
   - Q =Appraisal
   - R =Cost (Real Estate Only)
   - S =Assessment
   - T =Cash Market
   - U =Book Value
   - V =Other
   - W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Pioneer Global High Yield Fund | D | Dividend | K | T | Sold (part) | 02/26/10 | K | | |
| 19. | | | J | T | Sold (part) | 03/02/10 | K | | |
| 20. | | | J | T | Sold (part) | 12/16/10 | J | | |
| 21. Thornburg Investment Income Builder Fund | B | Dividend | J | T | Sold (part) | 02/26/10 | K | | |
| 22. | | | J | T | Sold (part) | 12/16/10 | J | | |
| 23. Thornburg Value Fund A | A | Dividend | | | Sold | 12/16/10 | K | | |
| 24. Manulife (John Hancock) Lifestyle Conserve Fund (401k) | | None | L | T | | | | | |
| 25. Oppenheimer Strategic Income Fund | A | Dividend | | | Sold | 12/16/10 | K | | |
| 26. Oppenheimer International Bond Class A | A | Dividend | | | Sold | 12/20/10 | K | | |
| 27. Principal Sam Balanced Portfolio Fund Class C | A | Dividend | K | T | Sold (part) | 02/26/10 | K | | |
| 28. | | | J | T | Sold (part) | 12/13/10 | J | | |
| 29. Thornburg International Value Class A Foreign | A | Dividend | | | Sold | 03/19/10 | K | | |
| 30. T Rowe Price Dividend Growth Fund | A | Dividend | | | Sold | 12/16/10 | K | | |
| 31. Dodge & Cox International Stock Fund | A | Dividend | L | T | Buy | 12/29/10 | K | | |
| 32. FPL Group Inc. | A | Dividend | J | T | Redeemed | 06/03/10 | J | | |
| 33. PIMCO Investment GRD Corp-A | B | Dividend | | | Sold | 12/20/10 | K | | |
| 34. PIMCO Unconstrained Bond A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Praxair Inc. Com | A | Dividend | J | T | | | | | |
| 36. Vanguard High-Yield Corporate Fund | B | Dividend | K | T | Buy | 12/21/10 | K | | |
| 37. NewAlliance Bank Taxable Deposit | A | Interest | L | T | | | | | |
| 38. ▨ Property, South Kingston, RI | | None | O | S | | | | | |
| 39. Coventry, CT Real Estate | | None | J | W | | | | | |
| 40. MFS Muni Limited Maturity A | D | None | | | Sold | 12/16/10 | N | | |
| 41. Apache Corp | A | None | J | T | | | | | |
| 42. Noble Corp | A | None | J | T | Buy | 06/30/10 | J | | |
| 43. Weatherford Int'l. Ltd | | None | J | T | | | | | |
| 44. JP Morgan Chase & Co | A | None | J | T | Buy | 12/20/10 | J | | |
| 45. Autodesk Inc. | | None | J | T | Buy | 12/20/10 | J | | |
| 46. Int'l. Business Machines Corp | A | None | J | T | | | | | |
| 47. Ecolab Inc. | A | None | J | T | Buy | 02/19/10 | L | | |
| 48. | | | | | Sold (part) | 05/03/10 | L | | |
| 49. Oppenheimer Ltd. Trm Muni A | D | None | L | T | Sold (part) | 12/13/10 | K | | |
| 50. | | | J | T | Sold (part) | 12/16/10 | L | | |
| 51. Fidelity CT Municipal Income Fund | C | None | M | T | Buy | 02/26/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 09/16/10 | L | | |
| 53. | | | | | Buy | 12/20/10 | K | | |
| 54. Staples, Inc. | A | None | J | T | Buy | 01/26/10 | J | | |
| 55. | | | | | Buy | 05/28/10 | J | | |
| 56. Abbott Labs | A | None | J | T | Buy | 06/30/10 | J | | |
| 57. | | | | | Buy | 12/31/10 | J | | |
| 58. TEVA Pharmaceutical Inds Ltd ADR | A | None | K | T | Buy | 06/30/10 | J | | |
| 59. | | | | | Buy | 12/20/10 | J | | |
| 60. | | | | | Buy | 12/31/10 | J | | |
| 61. Danaher Corp | A | None | J | T | Buy | 12/31/10 | J | | |
| 62. United Technologies Corp | A | None | K | T | Sold (part) | 12/20/10 | J | | |
| 63. Cisco Systems Inc. | | None | J | T | Buy | 06/30/10 | J | | |
| 64. Research In Motion Limited | | None | J | T | | | | | |
| 65. Freeprtmemoran Copperand Gold, Inc. | A | None | J | T | Buy | 01/26/10 | J | | |
| 66. Telefonica SA ADR | A | None | J | T | | | | | |
| 67. Regional Sch Dis CT 1.900% 7/08/10 | A | None | | | Sold | 07/08/10 | K | | |
| 68. Plymouth, CT 2.000% 5/15/12 | A | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Griswold, CT 3.125% 9/15/14 | A | None | K | T | | | | | |
| 70. Connecticut, St 2.750% 1/01/16 | A | None | K | T | | | | | |
| 71. Portland, CT 3.500% 2/01/17 | A | None | K | T | | | | | |
| 72. Derby, CT 4.250% 9/15/18 | B | None | K | T | | | | | |
| 73. Deulsche CMO | B | None | K | T | | | | | |
| 74. Bank of America Corp | A | Dividend | J | T | Buy | 05/19/10 | J | | |
| 75. Bucyrus International Inc CL A | A | Dividend | | | Buy | 05/28/10 | J | | |
| 76. | | | | | Sold | 12/20/10 | J | | |
| 77. Chevrontexaco Corp | A | Dividend | K | T | Buy | 09/20/10 | K | | |
| 78. Coming Inc COM | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 79. | | | | | Buy | 03/18/10 | J | | |
| 80. Cummings Inc | A | Dividend | J | T | Buy | 03/04/10 | J | | |
| 81. Danaher Corp | A | Dividend | J | T | Buy | 05/28/10 | J | | |
| 82. Dentsply International Inc | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 83. | | | | | Buy | 12/20/10 | J | | |
| 84. DPL Inc COM | B | Dividend | K | T | Buy | 09/20/10 | K | | |
| 85. FLUOR Corp | A | Dividend | J | T | Buy | 03/04/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IBM Corporation | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 87. Illinois Tool Works | A | Dividend | J | T | Buy | 06/30/10 | J | | |
| 88. | | | | | Buy | 12/20/10 | J | | |
| 89. JTC Holdings Corp | A | Dividend | J | T | Buy | 06/30/10 | J | | |
| 90. MDU RES Group Inc Com | B | Dividend | K | T | Buy | 02/24/10 | K | | |
| 91. Metlife Inc | A | Dividend | J | T | Buy | 03/04/10 | J | | |
| 92. | | | | | Buy | 12/31/10 | J | | |
| 93. Morgan Stanley Dean Witter | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 94. Nordstrom Inc COM | A | Dividend | J | T | Buy | 05/28/10 | J | | |
| 95. Occidental Pete Corp | A | Dividend | J | T | Buy | 06/30/10 | J | | |
| 96. Pepsico Inc | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 97. | | | | | Buy | 12/20/10 | J | | |
| 98. Proctor & Gamble Company | A | Dividend | J | T | Buy | 06/30/10 | J | | |
| 99. | | | | | Buy | 12/20/10 | J | | |
| 100. Southern Co COM | B | Dividend | K | T | Buy | 09/20/10 | K | | |
| 101. Target Corp | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 102. | | | | | Buy | 06/30/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 12/31/10 | J | | |
| 104. Wells Fargo & Co New | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 105. | | | | | Buy | 12/20/10 | J | | |
| 106. Fidelity Adv Emerg Market-1 | A | Dividend | K | T | Buy | 12/16/10 | K | | |
| 107. | | | | | Buy | 12/29/10 | J | | |
| 108. Seadrill Limited | B | Dividend | K | T | Buy | 09/20/10 | K | | |
| 109. | | | | | Sold (part) | 12/31/10 | J | | |
| 110. Federated Govt Ultra DUR-IS | A | Dividend | M | T | Buy | 12/20/10 | L | | |
| 111. | | | | | Buy | 05/24/10 | K | | |
| 112. | | | | | Buy | 05/25/10 | K | | |
| 113. | | | | | Buy | 05/26/10 | M | | |
| 114. | | | | | Sold (part) | 07/15/10 | L | | |
| 115. | | | | | Buy | 09/16/10 | K | | |
| 116. | | | | | Sold (part) | 11/01/10 | M | | |
| 117. Federated Ultra Short FD-INS | C | Dividend | M | T | Buy | 05/21/10 | K | | |
| 118. | | | | | Buy | 05/21/10 | K | | |
| 119. | | | | | Buy | 09/16/10 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Monsanto Co New | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 121. | | | | | Sold | 05/19/10 | J | | |
| 122. Vanguard GNMA FD #36 | B | Dividend | L | T | Buy | 02/16/10 | L | | |
| 123. | | | | | Buy | 02/26/10 | K | | |
| 124. | | | | | Sold (part) | 05/21/10 | M | | |
| 125. | | | | | Sold (part) | 05/25/10 | M | | |
| 126. Vanguard GNMA FD #36 | A | Dividend | K | T | Buy | 02/17/10 | K | | |
| 127. Vanguard S/T Investment Grade FD_ADM | D | Dividend | M | T | Buy | 02/16/10 | L | | |
| 128. | | | | | Buy | 02/17/10 | K | | |
| 129. | | | | | Buy | 02/26/10 | K | | |
| 130. Hartford CT 4.250% 8/15/17 | B | None | L | T | Buy | 12/15/10 | L | | |
| 131. Madison CT 3.000% 3/15/20 | A | None | K | T | Buy | 03/31/10 | K | | |
| 132. Newington CT 4.300% 5/15/18 | A | None | K | T | Buy | 03/12/10 | K | | |
| 133. Newtown CT 2.500% 2/15/18 | A | None | K | T | Buy | 02/24/10 | K | | |
| 134. Norwalk CT 4.000% 7/01/21 | B | None | L | T | Buy | 12/20/10 | L | | |
| 135. Gulf Breeze FL V-A 4.500% 12/01/20 | B | None | K | T | Buy | 03/11/10 | K | | |
| 136. EMC Corp Mass | | None | J | T | Buy | 03/18/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. South Cent CT Wtr. 3.500% 8/01/21 | B | None | K | T | Buy | 04/06/10 | K | | |
| 138. Royal Caribbean Cruises Ltd | | None | J | T | Buy | 05/28/10 | J | | |
| 139. | | | | | Buy | 06/30/10 | J | | |
| 140. Apple Inc | | None | K | T | Buy | 06/30/10 | J | | |
| 141. Nextera Energy Inc. | A | Dividend | J | T | Buy | 06/03/10 | J | | |
| 142. T Rowe Price Intl Discovery | A | Dividend | K | T | Buy | 12/16/10 | K | | |
| 143. | | | | | Buy | 12/29/10 | K | | |
| 144. Johnson Controls Inc | | None | J | T | Buy | 12/20/10 | J | | |
| 145. | | | | | Buy | 12/31/10 | J | | |
| 146. Coach Inc | | None | J | T | Buy | 12/20/10 | J | | |
| 147. | | | | | Buy | 12/31/10 | J | | |
| 148. Williams Cos Inc | | None | J | T | Buy | 12/20/10 | J | | |
| 149. Thermo Fisher Scientific Inc | | None | K | T | Buy | 12/20/10 | J | | |
| 150. | | | | | Buy | 12/31/10 | J | | |
| 151. Honeywell International Inc | A | Dividend | J | T | Buy | 12/20/10 | J | | |
| 152. Hewlett Packard Co | | None | J | T | Buy | 12/20/10 | J | | |
| 153. Jacobs Engineering Group Inc | | None | J | T | Buy | 12/20/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Adobe Sys Inc | | None | J | T | Buy | 12/20/10 | J | | |
| 155.  Air Products & Chemicals Inc | A | None | J | T | Buy | 12/20/10 | J | | |
| 156.  Goldman Sachs M/C Value Inst | A | None | K | T | Buy | 12/29/10 | K | | |
| 157.  T Rowe Price Mid-Cap Growth Fund | | None | K | T | Buy | 12/29/10 | K | | |
| 158.  OMNICOM Group | | None | J | T | Buy | 12/31/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII Investments and Trusts

Item #32 This asset was formerly known as FPL Group Inc. and for 2010 is known as Nextera Energy Inc. see item #141.

Item#38 - Total assessed value of the [redacted] property in South Kingstown RI is $642,400.00.

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dominic J. Squatrito**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Squatrito, Dominic J. | 2. Court or Organization<br><br>US District Court Hartford, CT | 3. Date of Report<br><br>05/15/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>U.S. Distr. Judge-Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>US District Court<br>450 Main Street<br>Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Squatrito, Dominic J.　B

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | ▓▓▓▓▓▓▓▓ - wages and pass through |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. People's United Bank & Connecticut Development Authority | Construction mortgage, equipment and revolving credit | P2 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Fidelity Contra Fund-mutual fund | A | Dividend | | | Sold | 01/04/10 | J | | |
| 2. | Bank of America - checking account | A | Interest | L | T | | | | | |
| 3. | Bank of America - certificate of deposit | B | Interest | | | Closed | 01/01/10 | J | | |
| 4. | ▒▒▒▒▒▒ - common stock | G | Int./Div. | P1 | U | | | | | |
| 5. | Land, Windham, CT | | None | K | W | | | | | |
| 6. | Cossombrato, Italy - real estate | | None | M | W | | | | | |
| 7. | Rental Property, South Kingston, RI | A | Rent | O | S | | | | | |
| 8. | ▒▒▒▒▒▒▒▒▒▒ | F | Rent | P2 | W | | | | | |
| 9. | Federated Capital Reserves | C | Dividend | M | T | | | | | |
| 10. | Pfizer, Inc. - common stock | A | Dividend | J | T | | | | | |
| 11. | Sysco Corp - common stock | A | Dividend | J | T | | | | | |
| 12. | World Com, Inc. - common stock | | None | | | Sold | 01/01/10 | J | | |
| 13. | Oppenheimer Senior Floating Rate Fund | A | Dividend | J | T | Sold (part) | 05/03/10 | L | | |
| 14. | Oppenheimer Rochester Muni | A | Dividend | L | T | | | | | |
| 15. | Pimco All Asset Fund | D | Dividend | M | T | Sold (part) | 03/19/10 | K | | |
| 16. | | | | | | Sold (part) | 03/25/10 | K | | |
| 17. | | | | | | Sold (part) | 12/29/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pioneer Global High Yield Fund | D | Dividend | K | T | Sold (part) | 02/26/10 | K | | |
| 19. | | | J | T | Sold (part) | 03/02/10 | K | | |
| 20. | | | J | T | Sold (part) | 12/16/10 | J | | |
| 21. Thornburg Investment Income Builder Fund | B | Dividend | J | T | Sold (part) | 02/26/10 | K | | |
| 22. | | | J | T | Sold (part) | 12/16/10 | J | | |
| 23. Thornburg Value Fund A | A | Dividend | | | Sold | 12/16/10 | K | | |
| 24. Manulife (John Hancock) Lifestyle Conserve Fund (401 k) | | None | L | T | | | | | |
| 25. Oppenheimer Strategic Income Fund | A | Dividend | | | Sold | 12/16/10 | K | | |
| 26. Oppenheimer International Bond Class A | A | Dividend | | | Sold | 12/20/10 | K | | |
| 27. Principal Sam Balanced Portfolio Fund Class C | A | Dividend | K | T | Sold (part) | 02/26/10 | K | | |
| 28. | | | J | T | Sold (part) | 12/13/10 | J | | |
| 29. Thornburg International Value Class A Foreign | A | Dividend | | | Sold | 03/19/10 | K | | |
| 30. T Rowe Price Dividend Growth Fund | A | Dividend | | | Sold | 12/16/10 | K | | |
| 31. Dodge & Cox International Stock Fund | A | Dividend | L | T | Buy | 12/29/10 | K | | |
| 32. FPL Group Inc. | A | Dividend | J | T | Redeemed | 06/03/10 | J | | |
| 33. PIMCO Investment GRD Corp-A | B | Dividend | | | Sold | 12/20/10 | K | | |
| 34. PIMCO Unconstrained Bond A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Praxair Inc. Com | A | Dividend | J | T | | | | | |
| 36. Vanguard High-Yield Corporate Fund | B | Dividend | K | T | Buy | 12/21/10 | K | | |
| 37. NewAlliance Bank Taxable Deposit | A | Interest | L | T | | | | | |
| 38. ▓▓▓ Property, South Kingston, RI | | None | O | S | | | | | |
| 39. Coventry, CT Real Estate | | None | J | W | | | | | |
| 40. MFS Muni Limited Maturity A | D | None | | | Sold | 12/16/10 | N | | |
| 41. Apache Corp | A | None | J | T | | | | | |
| 42. Noble Corp | A | None | J | T | Buy | 06/30/10 | J | | |
| 43. Weatherford Int'l. Ltd | | None | J | T | | | | | |
| 44. JP Morgan Chase & Co | A | None | J | T | Buy | 12/20/10 | J | | |
| 45. Autodesk Inc. | | None | J | T | Buy | 12/20/10 | J | | |
| 46. Int'l. Business Machines Corp | A | None | J | T | | | | | |
| 47. Ecolab Inc. | A | None | J | T | Buy | 02/19/10 | L | | |
| 48. | | | | | Sold (part) | 05/03/10 | L | | |
| 49. Oppenheimer Ltd. Trm Muni A | D | None | L | T | Sold (part) | 12/13/10 | K | | |
| 50. | | | J | T | Sold (part) | 12/16/10 | L | | |
| 51. Fidelity CT Municipal Income Fund | C | None | M | T | Buy | 02/26/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 09/16/10 | L | | |
| 53. | | | | | Buy | 12/20/10 | K | | |
| 54. Staples, Inc. | A | None | J | T | Buy | 01/26/10 | J | | |
| 55. | | | | | Buy | 05/28/10 | J | | |
| 56. Abbott Labs | A | None | J | T | Buy | 06/30/10 | J | | |
| 57. | | | | | Buy | 12/31/10 | J | | |
| 58. TEVA Pharmaceutical Inds Ltd ADR | A | None | K | T | Buy | 06/30/10 | J | | |
| 59. | | | | | Buy | 12/20/10 | J | | |
| 60. | | | | | Buy | 12/31/10 | J | | |
| 61. Danaher Corp | A | None | J | T | Buy | 12/31/10 | J | | |
| 62. United Technologies Corp | A | None | K | T | Sold (part) | 12/20/10 | J | | |
| 63. Cisco Systems Inc. | | None | J | T | Buy | 06/30/10 | J | | |
| 64. Research In Motion Limited | | None | J | T | | | | | |
| 65. Freeprtmemoran Copperand Gold, Inc. | A | None | J | T | Buy | 01/26/10 | J | | |
| 66. Telefonica SA ADR | A | None | J | T | | | | | |
| 67. Regional Sch Dis CT 1.900% 7/08/10 | A | None | | | Sold | 07/08/10 | K | | |
| 68. Plymouth, CT 2.000% 5/15/12 | A | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Griswold, CT 3.125% 9/15/14 | A | None | K | T | | | | | |
| 70. Connecticut, St 2.750% 1/01/16 | A | None | K | T | | | | | |
| 71. Portland, CT 3.500% 2/01/17 | A | None | K | T | | | | | |
| 72. Derby, CT 4.250% 9/15/18 | B | None | K | T | | | | | |
| 73. Deulsche CMO | B | None | K | T | | | | | |
| 74. Bank of America Corp | A | Dividend | J | T | Buy | 05/19/10 | J | | |
| 75. Bucyrus International Inc CL A | A | Dividend | | | Buy | 05/28/10 | J | | |
| 76. | | | | | Sold | 12/20/10 | J | | |
| 77. Chevrontexaco Corp | A | Dividend | K | T | Buy | 09/20/10 | K | | |
| 78. Corning Inc COM | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 79. | | | | | Buy | 03/18/10 | J | | |
| 80. Cummings Inc | A | Dividend | J | T | Buy | 03/04/10 | J | | |
| 81. Danaher Corp | A | Dividend | J | T | Buy | 05/28/10 | J | | |
| 82. Dentsply International Inc | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 83. | | | | | Buy | 12/20/10 | J | | |
| 84. DPL Inc COM | B | Dividend | K | T | Buy | 09/20/10 | K | | |
| 85. FLUOR Corp | A | Dividend | J | T | Buy | 03/04/10 | J | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   111 =$1,000,001 - $5,000,000   112 =More than $5,000,000
2. Value Codes                J =$15,000 or less      K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                     P3 =$25,000,001 - $50,000,000                                    P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
(See Column C2)              U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. IBM Corporation | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 87. Illinois Tool Works | A | Dividend | J | T | Buy | 06/30/10 | J | | |
| 88. | | | | | Buy | 12/20/10 | J | | |
| 89. ITC Holdings Corp | A | Dividend | J | T | Buy | 06/30/10 | J | | |
| 90. MDU RES Group Inc Com | B | Dividend | K | T | Buy | 02/24/10 | K | | |
| 91. Metlife Inc | A | Dividend | J | T | Buy | 03/04/10 | J | | |
| 92. | | | | | Buy | 12/31/10 | J | | |
| 93. Morgan Stanley Dean Witter | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 94. Nordstrom Inc COM | A | Dividend | J | T | Buy | 05/28/10 | J | | |
| 95. Occidental Pete Corp | A | Dividend | J | T | Buy | 06/30/10 | J | | |
| 96. Pepsico Inc | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 97. | | | | | Buy | 12/20/10 | J | | |
| 98. Proctor & Gamble Company | A | Dividend | J | T | Buy | 06/30/10 | J | | |
| 99. | | | | | Buy | 12/20/10 | J | | |
| 100. Southern Co COM | B | Dividend | K | T | Buy | 09/20/10 | K | | |
| 101. Target Corp | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 102. | | | | | Buy | 06/30/10 | J | | |

1. Income Gain Codes:    A =$1.000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Buy | 12/31/10 | J | | |
| 104. Wells Fargo & Co New | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 105. | | | | | Buy | 12/20/10 | J | | |
| 106. Fidelity Adv Emerg Market-1 | A | Dividend | K | T | Buy | 12/16/10 | K | | |
| 107. | | | | | Buy | 12/29/10 | J | | |
| 108. Seadrill Limited | B | Dividend | K | T | Buy | 09/20/10 | K | | |
| 109. | | | | | Sold (part) | 12/31/10 | J | | |
| 110. Federated Govt Ultra DUR-IS | A | Dividend | M | T | Buy | 12/20/10 | L | | |
| 111. | | | | | Buy | 05/24/10 | K | | |
| 112. | | | | | Buy | 05/25/10 | K | | |
| 113. | | | | | Buy | 05/26/10 | M | | |
| 114. | | | | | Sold (part) | 07/15/10 | L | | |
| 115. | | | | | Buy | 09/16/10 | K | | |
| 116. | | | | | Sold (part) | 11/01/10 | M | | |
| 117. Federated Ultra Short FD-INS | C | Dividend | M | T | Buy | 05/21/10 | K | | |
| 118. | | | | | Buy | 05/21/10 | K | | |
| 119. | | | | | Buy | 09/16/10 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Monsanto Co New | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 121. | | | | | Sold | 05/19/10 | J | | |
| 122. Vanguard GNMA FD #36 | B | Dividend | L | T | Buy | 02/16/10 | L | | |
| 123. | | | | | Buy | 02/26/10 | K | | |
| 124. | | | | | Sold (part) | 05/21/10 | M | | |
| 125. | | | | | Sold (part) | 05/25/10 | M | | |
| 126. Vanguard GNMA FD #36 | A | Dividend | K | T | Buy | 02/17/10 | K | | |
| 127. Vanguard S/T Investment Grade FD_ADM | D | Dividend | M | T | Buy | 02/16/10 | L | | |
| 128. | | | | | Buy | 02/17/10 | K | | |
| 129. | | | | | Buy | 02/26/10 | K | | |
| 130. Hartford CT 4.250% 8/15/17 | B | None | L | T | Buy | 12/15/10 | L | | |
| 131. Madison CT 3.000% 3/15/20 | A | None | K | T | Buy | 03/31/10 | K | | |
| 132. Newington CT 4.300% 5/15/18 | A | None | K | T | Buy | 03/12/10 | K | | |
| 133. Newtown CT 2.500% 2/15/18 | A | None | K | T | Buy | 02/24/10 | K | | |
| 134. Norwalk CT 4.000% 7/01/21 | B | None | L | T | Buy | 12/20/10 | L | | |
| 135. Gulf Breeze FL V-A 4.500% 12/01/20 | B | None | K | T | Buy | 03/11/10 | K | | |
| 136. EMC Corp Mass | | None | J | T | Buy | 03/18/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. South Cent CT Wtr. 3.500% 8/01/21 | B | None | K | T | Buy | 04/06/10 | K | | |
| 138. Royal Caribbean Cruises Ltd | | None | J | T | Buy | 05/28/10 | J | | |
| 139. | | | | | Buy | 06/30/10 | J | | . |
| 140. Apple Inc | | None | K | T | Buy | 06/30/10 | J | | |
| 141. Nextera Energy Inc. | A | Dividend | J | T | Buy | 06/03/10 | J | | |
| 142. T Rowe Price Intl Discovery | A | Dividend | K | T | Buy | 12/16/10 | K | | |
| 143. | | | | | Buy | 12/29/10 | K | | |
| 144. Johnson Controls Inc | | None | J | T | Buy | 12/20/10 | J | | |
| 145. | | | | | Buy | 12/31/10 | J | | |
| 146. Coach Inc | | None | J | T | Buy | 12/20/10 | J | | |
| 147. | | | | | Buy | 12/31/10 | J | | |
| 148. Williams Cos Inc | | None | J | T | Buy | 12/20/10 | J | | |
| 149. Thermo Fisher Scientific Inc | | None | K | T | Buy | 12/20/10 | J | | |
| 150. | | | | | Buy | 12/31/10 | J | | |
| 151. Honeywell International Inc | A | Dividend | J | T | Buy | 12/20/10 | J | | |
| 152. Hewlett Packard Co | | None | J | T | Buy | 12/20/10 | J | | |
| 153. Jacobs Engineering Group Inc | | None | J | T | Buy | 12/20/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Adobe Sys Inc | | None | J | T | Buy | 12/20/10 | J | | |
| 155. Air Products & Chemicals Inc | A | None | J | T | Buy | 12/20/10 | J | | |
| 156. Goldman Sachs M/C Value Inst | A | None | K | T | Buy | 12/29/10 | K | | |
| 157. T Rowe Price Mid-Cap Growth Fund | | None | K | T | Buy | 12/29/10 | K | | |
| 158. OMNICOM Group | | None | J | T | Buy | 12/31/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII Investments and Trusts

Item #32 This asset was formerly known as FPL Group Inc. and for 2010 is known as Nextera Energy Inc. see item #141.

Item#38 - Total assessed value of the[          ] property in South Kingstown RI is $642,400.00.

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/15/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dominic J. Squatrito**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544